UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                                   CRIMINAL NO. 1:05CR71KS

DENNIS WHITE                                                    DEFENDANT

## **ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE**

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#25] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on May 4, 2006, is hereby remitted.

SO ORDERED, this the ____12th____ day of April, 2017.

                                                  ____s/Keith Starrett_____
                                                HONORABLE KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE